IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALEJANDRO SANTOYO-GARCIA, | ) |
|     Petitioner, | ) |
| | )    Civil Action B-97-031 |
| vs. | ) |
| | ) |
| JANET RENO, United States Attorney General, et. al., | ) |
|     Respondents. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having been advised that Petitioner has been admitted to the United States, this case has become moot. Accordingly, it is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

DONE at Brownsville, Texas this _____ day of December, 1998.

_____
Stewart A. Newblatt
Visiting United States District Judge

12/4/98